## STATE OF CONNECTICUT *v.* CASMIER ZUBROWSKI

The defendant's petition for certification for appeal from the Appellate Court, 101 Conn. App. 379 (AC 28045), is granted, limited to the following issue:

"Did the Appellate Court improperly hold that the admission of an oral statement made by the defendant, while being subjected to custodial interrogation by a Bristol police officer, was harmless beyond a reasonable doubt?"

The Supreme Court docket number is SC 17942.

*Daniel J. Krisch,* special public defender, in support of the petition.

*Rita M. Shair,* senior assistant state's attorney, in opposition.

Decided July 17, 2007

## TASHGUR DAUTI, ADMINISTRATOR (ESTATE OF ZEJADIN DAUTI), ET AL. *v.* THE STOP AND SHOP SUPERMARKET COMPANY ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 28581) is denied.

*Eddi Z. Zyko,* in support of the petition.

*Frank C. Bartlett, Jr.,* in opposition.

Decided July 17, 2007